IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL PERRAULT,**<br><br>                              Petitioner,<br><br>   v.<br><br>**TIM VIRGA, Warden,**<br><br>                              Respondent. | Case No. C 11-03298-YGR<br><br>[PROPOSED] **ORDER (AS MODIFIED BY THE COURT)** |

On motion of respondent and good cause appearing, it is ordered that the time for filing a response to the petition for writ of habeas corpus be, and the same is, extended 61 days to and including Monday, January 28, 2013.  Petitioner's reply if any shall be filed and served within 63 days of receipt of the answer or motion.

This Order terminates Dkt. No. 5.

**IT IS SO ORDERED.**

Dated: November 26, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

[Proposed] Order (C 11-03298-YGR)